# VICTIM IMPACT STATEMENT

Victim: ███████ B███ H███
USAO Number: 2021R00647
Court Docket Number: 22-CR-00076

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

No impact. I hope Mr. Wynne gets treatment for substance abuse.

5/5/2023