# VICTIM IMPACT STATEMENT

Victim: P█ B█
USAO Number: 2021R00647
Court Docket Number: 22-CR-00076

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

My signature and my notary seal were used by Andrew Gavin Wynne to forge documents stating that I witnessed the signatures of clients.