Your Honor,

My name is Margaret Gorman. I am the creative director of an international sports science company currently residing in Los Angeles, California. I have known Gavin since 2010 when we were introduced through mutual friends during my junior year of college at Wash U. He has been and will always remain one of the most important people in my life ever since. We're family. We're in each others' bones.

When I heard that Gavin was in federal prison, to be honest, I was shocked. If you had told me that anyone I had ever met would end up being charged with lying to, and defrauding their clients, Gavin would have been the last person to have crossed my mind. Gavin was always the True North of kindness - During his finals week senior year when he found his car broken into - backpack, laptop, and textbooks all gone, Gavin simply turned to me and said, "Well Mags, they must have needed it more than I did."

I'll never forget how impressed I was by that statement, my anger and anxiety at the situation greater than his own. I realized then that I had never met someone like him before; someone so genuinely empathetic and pure-hearted. Possibly because I grew up in New York, or possibly because they don't make men like Gavin very often. Its moments like this that keep playing back in my head while I sit down to write this, still in disbelief that I need to be writing this letter at all.

I can tell you right now that there is not a malicious bone in Gavin's body. And if there is, it is only a reflection of the evil that he endured in his youth. In a painfully heartfelt conversation years ago, Gavin shared with me the fact that he had been sexually abused as a young child. While Pat and Andy are two of the nicest people you will ever meet, all the best intentions did not equip them with the tools needed to provide the type of care that such a psychologically traumatizing event required for their child. Gavin never had the opportunity to address his abuse in therapy until very recently, and if he'd had the opportunity to do so earlier, I don't think we would be here today.

I can say with unshakable resoluteness that I would not be the person that I am today if Gavin had not come into my life when he did. While dealing with my then-undiagnosed clinical depression and anorexia, his presence shone a light through the darkness. When I was with him, I felt safe. He looked at me, and didn't see the broken anorexic, starving herself for approval. He only saw the strong (albeit weathered) warrior that was beautiful for persevering in the face of the cards that she had been dealt. He held space for my healing in a way that I had never experienced before - showing me incomparable amounts of compassion and support - never giving me the option to listen to the thoughts that told me that I was nothing. In the face of all I was battling, Gavin granted me the all-forgiving space of being loved. I will hold unwavering gratitude for that until the day I die.

Over the past few years, it has been absolutely heartbreaking to watch what has unfolded in my friend's life as he slowly disconnected further and further from his true self. But I know that Gavin has the ability to heal and move forward from this phase. I can only ask that you remember that beautiful, unfailingly optimistic person who always lifted me up, and implore you

to grant him leniency in your sentencing decision. Please give Gavin the opportunity to heal so that he can be the man that I know him to be, for his family, his daughter, and most importantly, himself. To put him in prison would be to deny a sweet young girl the experience of having an absolutely incredible father in her life. The type of father who will see her as a beautiful and powerful young woman, even when she might not be able to see it in herself.

There is no part of me that questions whether or not Gavin would recover if given the opportunity for treatment over incarceration. He is a genuinely kind and caring soul who has proven to me time and again that even despite his aforementioned trauma, his true north is, and can only ever be, love. I promise you that I will always be there for Gavin to support him in every way that I can, and I will do my best to gently remind him of who he really is in the same capacity that he did for me so beautifully all those years ago. The Gavin I know is beautiful inside and out, and I know from personal experience that the world is a better place when he is in it. Please keep this in your consideration while you make your decision.

With respect and gratitude,

Margaret Gorman