**Honorable Judge Pitlyk**
**U.S. District Court, Eastern District of Missouri**

Your Honor,

My name is Patrick Dolan. I am from St. Louis, Missouri where I am pursuing my doctorate in physical therapy. During my undergraduate career, I worked part time with Landon Burris, one of Gavin's closest friends, who introduced me to their tight-knit group. That was close to ten years ago, and since then I consider myself fortunate for the chance to grow closer with Gavin and his circle of friends.

Knowing this circle of friends, I am sure you have heard from others that Gavin has a sense of presence that many do not. He will greet you with his signature hug, that always lasts long enough for you know you are important to him and he is happy to see you. Over time, each of our schedules have become more demanding, but anytime we are together, Gavin's focus is on you. When I met Gavin, he was in the midst of completing law school. During a conversation with him about these pursuits he told me his primary goal was to help those in need. Throughout his career, the demands of his job have increased greatly, but this did not stop him from assisting friends, or even friends-of-friends with legal troubles when they were in need. When my friend's husband, a photographer, was arrested for trespassing, Gavin offered his assistance without hesitation and helped them through the process, knowing they did not have the means to do so themselves. I do not fully know what led Gavin to his addiction, but I believe a key component of it was the high standards he held himself to and the need to do a good job. Because of this, mistakes were made, but I have high hopes that this is something he can overcome.

Gavin comes from a loving family and has a committed group of friends. During the months leading up to his arrest, myself and several friends have made a concerted effort to spend more time together, not letting our professional pursuits prevent us from seeing each other – something that might have given us insight into Gavin's struggle with addiction sooner. Upon Gavin's release, these supports will be waiting for him, ready to offer a place to stay or sympathetic ear. As with anyone who struggles with addiction, I think this will be something that requires life-long maintenance. Gavin has expressed the benefit of his therapy sessions and counseling, and I believe if he sticks to this routine he can succeed. I know that once he has succeeded in overcoming his addiction, he will be successful in his other pursuits. He is a caring, intelligent, and driven person; With these tools and a solid support system, I am confident he can move forward with his life, find happiness, and add value to the community.

Respectfully yours,

Patrick Dolan